| | | |
|---|---|---|
| People v Williams (Hikeme) | 4th Dept: 136 AD3d 1280 (Onondaga) | denied 3/10/17 (Stein, J.) |
| People v Williams (James) | 1st Dept: 146 AD3d 410 (NY) | denied 3/22/17 (Garcia, J.) |
| People v Williams (Jerry) | 2d Dept: 147 AD3d 792 (Kings) | denied 3/30/17 (Rivera, J.) |
| People v Williams (Michael) | App Term, 1st Dept: 54 Misc 3d 133(A) (NY) | denied 3/29/17 (Garcia, J.) |
| People v Wilson | App Term, 1st Dept: 53 Misc 3d 143(A) (Bronx) | denied 3/2/17 (Rivera, J.) |
| People v Worth | 4th Dept: 145 AD3d 1573 (Erie) | denied 3/3/17 (Stein, J.) |
| People v Wright (Ronald) | App Term, 1st Dept: 54 Misc 3d 133(A) (NY) | denied 3/31/17 (Fahey, J.) |
| People v Wright (Wayne) | App Term, 1st Dept: 54 Misc 3d 128(A) (NY) | denied 3/14/17 (Fahey, J.) |
| People v Zamani | 2d Dept: 145 AD3d 1046 (Nassau) | denied 3/2/17 (Rivera, J.) |
| People v Zeh | 3d Dept: 144 AD3d 1395 (Ulster) | denied 3/14/17 (Fahey, J.) |

(March 1, 2017 through March 31, 2017)

| | | |
|---|---|---|
| People v Every | 3d Dept: 146 AD3d 1157 (Tioga) | granted 3/30/17 (Aarons, J.) |
| People v Kislowski | 3d Dept: 145 AD3d 1197 (Warren) | granted 3/3/17 (Lynch, J.) |
| People v Small | 1st Dept: 145 AD3d 478 (Bronx) | granted 3/2/17 (Webber, J.) |
| People v Wallace | 4th Dept: 147 AD3d 1494 (Erie) | granted 3/24/17 (Lindley) |

[73 NE3d 841, 51 NYS3d 485]

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v MATTHEW A. SLOCUM, Respondent.

Argued February 7, 2017; decided March 23, 2017